**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
In re:

ELETSON HOLDINGS INC., et al.,

                                                           25 **CIVIL** 2895 (LJL)

                                                           **JUDGMENT**

-------------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated July 9, 2025, Eletson's motion is GRANTED and this appeal is DISMISSED; accordingly, the case is closed.

**Dated:** New York, New York
         July 10, 2025

                                                          **TAMMI M. HELLWIG**
                                                          _____
                                                          **Clerk of Court**
                            **BY:**

                                                          _K. Mango_
                                                          _____
                                                          **Deputy Clerk**